**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1239**

———————

FRANCIS ZEKANIS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

VA MEDICAL CENTER, MARTINSBURG, WEST VIRGINIA;
DONALD K. STEVENS, Recreation Specialist, VA
Medical Center, Martinsburg; PM&R RECREATION
ASSISTANT,

Defendants.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CA-99-62, CA-99-63)

———————

Submitted:  June 30, 2000          Decided:  October 6, 2000

———————

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Francis Zekanis, Appellant Pro Se.  Patrick Michael Flatley, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Zekanis appeals the district court's order dismissing this action for failure to exhaust his administrative remedies in accordance with the provisions of the Federal Tort Claims Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Zekanis v. United States</u>, Nos. CA-99-62; CA-99-63 (N.D.W. Va. Feb. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>